O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 00-01310 R |
| Plaintiff, ) ) | ORDER OF DETENTION |
| v. ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| Troy Donahue Hay, ) ) | |
| Defendant. ) ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Manuel L. Real, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, the defendant's apparent lack of bail resources, lack of a stable residence, history of violations of probation and supervised release, convictions for identity theft and evading arrest, and the nature of the charge offense; and

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense and his extensive criminal history, which includes felony drug convictions.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  April 18, 2007

ARTHUR NAKAZATO
ARTHUR NAKAZATO
UNITES STATES MAGISTRATE JUDGE
